IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERTO MACIAS, et al.,

      Plaintiffs,

v.                                         No. 2:24-cv-799 MLG/KRS

QUADRATILLO HAMIDOV, et al.,

      Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

At the Rule 16 scheduling conference held on October 29, 2024, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED this 29th day of October, 2024**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE