IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERTO MACIAS; and KRYSTLE
FAITH ARANDA,

      Plaintiffs,

v.                                                                                              No. 2:24-cv-799 MLG/KRS

QUADRATILLO HAMIDOV; DERBY
TRUCKING, INC.; and MUZOM
TRANSPORTATION INC.,

      Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on the Amended Corporate Disclosure Statements (Docs. 44, 45) filed February 12, 2025 by Defendants Derby Trucking, Inc. and Muzom Transportation Inc. in response to the Court's Order To Show Cause entered February 11, 2025 (Doc. 43).

The Court ordered Defendants Derby Trucking, Inc. and Muzom Transportation Inc. to appear at a telephonic hearing on February 25, 2025 to show cause why they had not complied with the Court's Jurisdictional Order (Doc. 31) to file corporate disclosure statements that satisfy the requirements of subsection (a)(2) of Federal Rule of Civil Procedure 7.1. Said Defendants responded by filing their third set of corporate disclosure statements in which they now represent that they are corporations, and not, as previously stated, "limited liability corporations." The recent corporate disclosure statements also disclose the state where each corporate Defendant is incorporated as well as the state where each corporate Defendant maintains its principal place of business. Accordingly, said Defendants have at last filed corporate disclosure statements that satisfy the requirements of Rule 7.1. Based on the most recent corporate disclosure statements filed

by Defendants Derby Trucking, Inc. and Muzom Transportation Inc. (Docs. 44, 45), the Court quashes the Order to Show Cause as to those Defendants.

The Court's Order To Show Cause also ordered the removing Defendant, Qudratullo Hamidov, to show cause on February 25, 2025 why the Court should not recommend to the presiding trial judge that the case be remanded to the Twelfth Judicial District Court, County of Lincoln, State of New Mexico, for insufficient pleadings showing the Court has diversity jurisdiction over this matter. In light of the information contained in the amended corporate disclosure statements filed by Defendants Derby Trucking, Inc. and Muzom Transportation Inc. on February 12, 2025, the Court also quashes the Order to Show Cause as to Defendant Hamidov, as those newly filed corporate disclosure statements show that there is complete diversity in this case.

**ACCORDING,** the Court **QUASHES** the Order To Show Cause **(Doc. 43)** and **VACATES** the Show Cause hearing scheduled for February 25, 2025 at 11:00 a.m.

IT IS SO ORDERED this 13th day of February, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE